**NO DISKETTE**

(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Branch, Sandra | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Branch, Carl | |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>Sandra Baylor | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): | |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9144 South Avalon<br>Chicago, Il. 60619 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the Principal Place of Business: Cook County | County of Residence or of the Principal Place of Business: Cook County | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule...

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
- [x] 1-15
- [ ] 16-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999

Estimated Assets:
- [x] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million

Estimated Debts:
- [x] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/30/2004
Time: 16:32:21
Debtor: SANDRA BRANCH
Case: 04-36366    Fee: 15
Chapter: 7  Rec. #: 3103966
Judge: A Benjamin Goldgar
341 mtg: 11/03/2004 @ 02:30PM
Trustee: RONALD PETERSON

1:04BK36366-BK001

(Official Form 1) (12/02)                                                                                               FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): |  |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) ||| 
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Sandra Baylor Branch*
Signature of Debtor

X *Carl Branch*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)         Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form B6E  
(Rev. 4/01)

**UNITED STATES BANKRUPTCY COURT**  
_____ **DISTRICT OF** _____

In re _____,  
        Debtor

Case No. _____

Chapter _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

  Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E - Cont.
(10/89)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _____
        Debtor

Case No. _____

Chapter _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Retailers National Bank Nba | J | | | | X | | 2,555.54 | 2,555.54 |
| ACCOUNT NO 77141006975 73178<br>SAM'S Club<br>P.O. Box 530993<br>Atlanta, GA 30353-0993 | | W | | | X | | 1,019.81 | 1,019.81 |
| ACCOUNT NO 8314975100 00<br>FACSAMT<br>SBC<br>P.O. Box 105411<br>Atlanta, GA 30348-5411 | | W | | | X | | 1,364.48 | 1,364.48 |
| ACCOUNT NO 01759803675 2<br>Sears Card<br>P.O. Box 182149<br>Columbus, OH 43218 | J | | | | | | 1,312.06 | 1,312.06 |
| ACCOUNT NO 319740148<br>Shell Processing CTR<br>Des Moines, IA 50367 | | W | | | | | 157.35 | 157.35 |

Sheet no ___ of ___ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal▶ (Total of this page) $6409.24
Total▶ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(10/89)

**UNITED STATES BANKRUPTCY COURT**
**_____ DISTRICT OF _____**

In re _____
               Debtor

Case No. _____

Chapter _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1367744221<br>JCPenney<br>P.O. Box 981131<br>El Paso, TX 79998 | | W | | | | X | 382.04 | 382.04 |
| ACCOUNT NO. 5329001940621837<br>MBNA America<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | | H | | | | X | 3,980.81 | 3,980.81 |
| ACCOUNT NO. 62GQ6F<br>NCO Financial Systems<br>P.O. Box 41457<br>Philadelphia, PA 19101 | | W | | | | X | 414.51 | 414.51 |
| ACCOUNT NO. 577091261853 2382<br>Newport News<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256 | | W | | | | X | 778.32 | 778.32 |
| ACCOUNT NO. 9148108<br>Palisades Collection, L.L.C.<br>P.O. Box 1274<br>Englewood Cliffs, NJ 07632 | | W | | | | X | 2644.82 | 2644.82 |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal▶ (Total of this page) $ 8,200.50
Total▶ $
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(10/89)

**UNITED STATES BANKRUPTCY COURT**
_____ **DISTRICT OF** _____

In re _____,
    Debtor

Case No. _____

Chapter _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 03730029<br>American General Finance<br>11844 S. Western<br>Chicago, IL 60643 | | H | | | X | | 1468.00 | 1468.00 |
| ACCOUNT NO. 0007001911 07537520<br>Best Buy Co., INC<br>P.O. Box 5244<br>Carol Stream, IL 60197 | | W | | | X | | 782.61 | 782.61 |
| ACCOUNT NO. 51780522 71183796<br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285 | | W | | | X | | 3,562.41 | 3,562.41 |
| ACCOUNT NO. 4121741416 915317<br>Capital One Services<br>4957 Westmoreland Rd<br>Richmond, VA 23276 | | W | | | X | | 1,599.62 | 1,599.62 |
| ACCOUNT NO. 0000 0000 65842825<br>Fingerhut<br>P.O. Box 1666<br>Newark, NJ 07101 | | W | | | X | | 135.00 | 135.00 |

Sheet no. \_\_\_ of \_\_\_ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ► (Total of this page) **$ 7,547.64**
Total ► $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6E - Cont.
(10/89)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re _____
             Debtor

Case No. _____

Chapter _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0025188765<br>Afni, Inc. (Sprint)<br>404 Brock Dr.<br>P.O. Box 3427<br>Bloomington, IL 61702 | | W | | | X | | 199.37 | 199.37 |
| ACCOUNT NO. 53957<br>US Bank | | H | | | X | | 23,353.00 | 23,353.00 |
| ACCOUNT NO.<br>Blazer<br>1723 Roosevelt Rd.<br>60153 Broadview, IL | | H | | | X | | 3,654.00 | 3,654.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶ (Total of this page) $27,206.37
Total ▶ (Use only on last page of the completed Schedule E) $49,363.75

(Report total also on Summary of Schedules)