**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **SANDRA BRANCH** and | ) | **CASE NO. 04-36366** |
| **CARL BRANCH,** | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor(s). | | |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

     At:   United States Bankruptcy Court
           219 South Dearborn Street
           Courtroom 613
           Chicago, Illinois 60604

     On:   **June 30, 2008**      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $104,260.61 |
    | b. | Disbursements | $84,912.08 |
    | c. | Net Cash Available for Distribution | $19,348.53 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $7,713.03 | $69.50 |
| Jenner & Block LLP Attorney/Trustee | $0.00 | $8,473.50 | $1,141.60 |
| N/A Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $3,688.67 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 52.88898%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Recovery management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Avenue, Suite 1120 Miami, FL  33131 | $1,115.53 | $589.99 |

| | | | |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JC Penney<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $413.62 | $218.76 |
| 3 | Charming Shoppes - Fashion Bug<br>First Express<br>P.O. Box 856021<br>Louisville, KY  40285 | $607.26 | $321.17 |
| 4 | American General Finance<br>P.O. Box 3251<br>Evansville, IN  47731 | $0.00 | $0.00 |
| 5 | Citibank (South Dakota) NA<br>Assoc./Shell Payment Center<br>4740 121st Street<br>Urbandale, IA  50323-2402 | $189.38 | $100.16 |
| 6 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP/Citi Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $1,362.88 | $720.81 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated: **June 3, 2008**　　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　　　　　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:　(312) 923-2981
FAX:　(312) 840-7381