**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: ) Chapter 7
 )
**SANDRA BRANCH** and ) **CASE NO. 04-36366**
**CARL BRANCH,** )
 ) Hon. A. Benjamin Goldgar
 Debtor(s). )

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court
   219 South Dearborn Street
   Courtroom 613
   Chicago, Illinois 60604

   On: **June 30, 2008**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $104,260.61 |
   | b. | Disbursements | $84,912.08 |
   | c. | Net Cash Available for Distribution | $19,348.53 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson Trustee | $0.00 | $7,713.03 | $69.50 |
| Jenner & Block LLP Attorney/Trustee | $0.00 | $8,473.50 | $1,141.60 |
| N/A Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

   Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $3,688.67 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 52.88898%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Recovery management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | $1,115.53 | $589.99 |

2

| | | | |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JC Penney<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $413.62 | $218.76 |
| 3 | Charming Shoppes - Fashion Bug<br>First Express<br>P.O. Box 856021<br>Louisville, KY  40285 | $607.26 | $321.17 |
| 4 | American General Finance<br>P.O. Box 3251<br>Evansville, IN  47731 | $0.00 | $0.00 |
| 5 | Citibank (South Dakota) NA<br>Assoc./Shell Payment Center<br>4740 121st Street<br>Urbandale, IA  50323-2402 | $189.38 | $100.16 |
| 6 | LVNV Funding LLC, its successors and assigns, as assignee of Resurgent Capital LP/Citi Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $1,362.88 | $720.81 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated: **June 3, 2008**　　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　　　　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　219 S. Dearborn Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:　(312) 923-2981
FAX:　(312) 840-7381

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1           Date Rcvd: Jun 03, 2008
Case: 04-36366                Form ID: pdf002            Total Served: 28

The following entities were served by first class mail on Jun 05, 2008.
db          +Sandra Branch,    9144 South Avalon,    Chicago, Il 60619-7921
jdb         +Carl Branch,    9144 South Avalon,    Chicago, Il 60619-7921
aty         +Phillip W. Nelson,    Jenner & Block, LLP,    330 North Wabash Avenue,    Chicago, IL 60611-7603
tr          +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
8582097     +Atni, Inc (Sprint),    404 Brock Dr,    PO Box 3427,    Bloomington, Il 61702-3427
8582102     +Bank One,    PO Box 100043,    Kennesaw, GA 30156-9243
8582096     +Best Buy Co Inc,    P O Box 5244,    Carol Stream, IL 60197-5244
8582098     +Blazer,    1723 Roosevelt Rd,    Broadview, Il 60155-2921
8582099     +Capital One Services,    P O Box 85015,    Richmond, Va 23285-5015
8582100     +Capital Ones Services,    1957 West Moreland Rd,    Richmond, Va 23276-0001
10853540    +Charming Shoppes - Fashion Bug,    First Express,    PO Box 856021,    Louisville, KY 40285-6021
10909393     Citibank (South Dakota) NA,    Assoc./ Shell Payment Center,    4740 121st Street,
              Urbandale IA 50323-2402
8582103     +Fashion Bug,    P O Box 319,    Milford, OH 45150-0319
8582101     +Fingerhut,    P O Box 166,    Newark, NJ 07101-0166
8582105     +MBNA America,    P O Box 15137,    Willmington, DE 19886-5137
8582107     +Newport News,    8014 Bayberry Rd,    Jacksonville, Fl 32256-7412
8582108     +Palisades Collections,    LLC,    P O Box 1274,    Englewood Cliff, NJ 07632-0274
8582111     +SBC,    P O Box 105411,    Atlanta, GA 30348-5411
8582112     +Sears Card,    P O Box 182149,    Columbus, OH 43218-2149
8582113     +Shell,    Processing CTR,    Des Moines, IA 50367-0001
8582114     +Target National Bank,    P O Box 59231,    Minneapolis, MN 55459-0231

The following entities were served by electronic transmission on Jun 04, 2008.
10855392    +Fax: 812-475-4089 Jun 04 2008 04:41:26      American General Finance,    PO Box 3251,
              Evansville, IN 47731-3251
8582095     +Fax: 773-445-7940 Jun 04 2008 04:51:48      American General Finance,    11844 S Western,
              Chicago, Il 60643-4734
8582104     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2008 04:45:48      JC Penney,    P O Box 981131,
              El Paso, Tx 79998-1131
10917711     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC., its successors and assigns, as,    assignee of Resurgent Capital LP/Citi,
              Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
10795947    +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2008 04:46:15      Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10797966    +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2008 04:46:14      Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8582110     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2008 04:32:09      Sam's Club,    P O Box 530993,
              Atlanta, GA 30353-0993
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jenner & Block LLP
8582106      NCO Financial Systems,    P O Box 41457,    Philadelphia,
8582109      Retailers National Bank
8582115      US Bank
                                                                                   TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2008**                            **Signature:** _Joseph Speetjens_