**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **SANDRA BRANCH** and | ) | **CASE NO. 04-36366** |
| **CARL BRANCH,** | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor(s). | ) | |

**FINAL DISTRIBUTION REPORT**

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

**SUMMARY OF DISTRIBUTION**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $16,324.53 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | $3,032.71 |
| Other: | 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $19,357.24 |

1671102.1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $16,324.53 | $16,324.53 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
|  | Trustee<br>　　Fees<br>　　Expenses | <br>$7,713.03<br>$69.50 | <br>$7,713.03<br>$69.50 |
|  | Jenner & Block<br>　　Fees<br>　　Expenses | <br>$7,485.00<br>$1,057.00 | <br>$7,485.00<br>$1,057.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(2) - Gap `claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A |  | $0.00 | $0.00 |

2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

1671102.1

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 724(b) - Tax liens | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |
| | | | |

1671102.1

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 82.2168966 |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $3,688.67 | $3,032.71 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 1 | Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Avenue, Suite 1120 Miami, FL  33131 | $1,115.53 | $917.15 |
| 2 | Recovery Management Systems Corporation For GE Money Bank Dba JC Penney 25 SE 2nd Avenue, Suite 1120 Miami, FL  33131 | $413.62 | $340.07 |
| 3 | Charming Shoppes - Fashion Bug First Express P.O. Box 856021 Louisville, KY  40285 | $607.26 | $499.27 |
| 4 | American General Finance P.O. Box 3251 Evansville, IN  47731 | $0.00 | $0.00 |
| 5 | Citibank(South Dakota) NA Assoc./Shell Payment Center 4740 121st Street Urbandale, IA  50323-2402 | $189.38 | $155.70 |
| 6 | LVNV Funding LLC., its successors and assigns as assignee of Resurgent Capital LP/Citi Resurgent Capital Services P.O. Box 10587 Greenville, SC  29603-0587 | $1,362.88 | $1,120.52 |

1671102.1

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

6

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  July 2, 2008                                          */s/ Ronald R. Peterson*
                                                              Trustee

1671102.1