## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Liquidation |
| | ) | |
| **SANDRA BRANCH** and | ) | **CASE NO. 04-36366** |
| **CARL BRANCH,** | ) | |
| | ) | The Honorable A. Benjamin Goldgar, |
| | ) | Presiding |
| Debtors. | ) | |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to Federal Rule of Bankruptcy Procedure 5009, and no objections having been filed to the Final Account:

IT IS HEREBY ORDERED that the Trustee's Final Account is approved, the Trustee is discharged, and the case shall be closed pursuant to 11 U.S.C. § 350.

ENTER:

Dated: _____, 2008      _____

                                 UNITED STATES BANKRUPTCY JUDGE